**AND NOW,** this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Aki JONES, Petitioner**

**No. 511 EAL 2016**

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Antoine BENNETT, Petitioner**

**No. 51 EAL 2017**

Supreme Court of Pennsylvania.

May 16, 2017  .

## ORDER

PER CURIAM

**AND.NOW,** this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Steven Blaine SNYDER, Petitioner**

**No. 782 MAL 2016**

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

**AND NOW,** this 16th day of May, 2017, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Did the Superior Court err in finding that where Mr. Snyder was charged with violations of 75 Pa.C.S. § 1543(b)(1.1) on January 27, 2014 and September 28, 2014, and was convicted of and sentenced for both violations on May 11, 2015, the September 29, 2014 violation was a "second violation," pursuant to 75 Pa.C.S. § 1543(b)(1.1)(ii), with

increased grading and an increased mandatory minimum sentence?

Justice Mundy did not participate in the consideration or decision of this matter.